**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                             CASE NO. 05-40697-TLH4
                                                   CHAPTER 13

ELOISE DAVIS PENNY


              Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

    **COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

    1.  The Trustee has issued check(s) FOR ELOISE DAVIS
PENNY which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with
the bank on the check(s).

    3.  The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 397574 in the amount of $4.60 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

ELOISE DAVIS PENNY
335 SE BALBOA DR. LOT 114        ,
MADISON, FL 32340-9739

AND

FLOYD B. MOON, ESQUIRE
P.O. BOX 866
VALDOSTA, GA 31603

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
8/24/2010 12:22 pm / CR_213          OFFICE OF CHAPTER 13 TRUSTEE